IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANTONIO ROBINSON, | * |
| Petitioner, | * |
| vs. | *    CASE NO. 4:06-CV-27(CDL) |
| WARDEN BENTON and HILTON HALL, | * |
| Respondents. | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 21, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of May, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE